[No. 9130–1–I.   Division One.   May 24, 1982.]

SEATTLE SCHOOL DISTRICT No. 1, *Appellant,* v. CARLSON CONSTRUCTION CONSULTANTS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 815260, Robert W. Winsor, J., entered June 30, 1980. *Reversed* and *remanded* by unpublished opinion per Corbett, J., concurred in by Durham, A.C.J., and Swanson, J.

[No. 8900–5–I.   Division One.   May 24, 1982.]

PATRICIA C. L'HEUREUX, ET AL, *Appellants,* v. THE CITY OF KENT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 833157, David W. Soukup, J., entered May 8, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Ringold, JJ.

[No. 8127–6–I.   Division One.   May 24, 1982.]

PAUL MYERS, *Respondent,* v. RONALD W. STEELE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 142259, Dennis J. Britt, J., entered October 30, 1979. *Affirmed as modified* by unpublished opinion per Corbett, J., concurred in by Williams and Callow, JJ.